*In re* **SKOLNICK**, KENNETH A. (MR 17529)
Chicago, IL

Order of the Court:

The petition by the Administrator of the Attorney Registration and Disciplinary Commission to impose discipline on consent pursuant to Supreme Court Rule 762(b) is allowed, and respondent Kenneth A. Skolnick is suspended from the practice of law for three years. Respondent Kenneth A. Skolnick shall reimburse the Disciplinary Fund for any Client Protection payments arising from his conduct prior to the termination of the period of suspension

*In re* **STAMBULIS**, JOHN CARL (MR 17528)
Hickory Hills, IL

Order of the Court:

The petition by the Administrator of the Attorney Registration and Disciplinary Commission to impose discipline on consent pursuant to Supreme Court Rule 762(b) is allowed, and respondent John Carl Stambulis is suspended from the practice of law for two years. Respondent John Carl Stambulis shall reimburse the Disciplinary Fund for any Client Protection payments arising from his conduct prior to the termination of the period of suspension.